# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-1518

_____

Consuelo Watson,                                  *
                                                  *
        Appellant,                             *
                                                  *  Appeal from the United States
    v.                                        *  District Court for the
                                                  *  District of Nebraska.
First National Bankcard Center,                   *
                                                  *  [UNPUBLISHED]
        Appellee.                              *

_____

Submitted:  June 29, 1998

Filed:  July 6, 1998

_____

Before BOWMAN, Chief Judge, WOLLMAN, and MORRIS SHEPPARD ARNOLD,
    Circuit Judges.

_____

PER CURIAM.

Consuelo Watson appeals from the district court's[1] entry of summary judgment in favor of defendant in her action alleging retaliation under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e-2000e-17. After carefully reviewing the record and the parties' submissions on appeal, we affirm the judgment of the district court. See 8th Cir. R. 47B. We deny Watson's pending motion.

_____

[1]The Honorable Thomas M. Shanahan, United States District Judge for the District of Nebraska.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.